UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No: 24-cr-20070
Hon. Matthew F. Leitman

v.

JOVAN ALLEN,

    Defendant.
_____/

## ORDER GRANTING LEAVE TO FILE EXHIBITS UNDER SEAL

This matter is before the Court on the government's motion for leave to file under seal exhibit 2 to the Government's Response to Defendant's Motion to Suppress Evidence because the exhibit contains the defendant's pre-sentence report that has sensitive personal information within it.

The Court has reviewed the motion to seal and finds that it should be granted.

Accordingly, **IT IS HEREBYORDERED** that the government's motion to seal is **GRANTED**, and the government is permitted to file UNDER SEAL Exhibit 2.

    **IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 29, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 29, 2024, by electronic means and/or ordinary mail.

                                               s/Holly A. Ryan
                                               Case Manager
                                               (313) 234-5126