UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                        Case No. 24-cr-20070
                                        Hon. Matthew F. Leitman

JOVAN ALLEN,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S
## MOTION TO SUPPRESS EVIDENCE (ECF No. 21)

On November 7, 2024, the Court held a hearing on Defendant Jovan Allen's motion to suppress evidence. (*See* Mot., ECF No. 21.)  For the reasons explained on the record during the motion hearing, the motion is **DENIED**.

    **IT IS SO ORDERED**.

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated:  November 7, 2024

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 7, 2024, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5126