UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOVAN ALLEN,

    Defendant.

Case No. 24-cr-20070
Hon. Matthew F. Leitman

_____/

# EMERGENCY ORDER GRANTING EXTENSION OF VOLUNTARY SELF-SURRENDER

Having considered the Defendant's Emergency Motion, the Court finds good cause to delay the date set for Jovan Allen's self-surrender to the Bureau of Prisons. Defendant Jovan Allen's voluntary self-surrender has been extended to September 17, 2025, by 2:00 p.m.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  September 2, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 2, 2025, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                                Case Manager
                                                (313) 234-5126